1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH CLAIBORNE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>PERFORMANCE TRANSPORTATION, LLC.,<br><br>　　　　Defendant. | Case No. 1:22-cv-01427-CDB<br><br>ORDER ON STIPULATION CONTINUING SCHEDULING CONFERENCE<br><br>(ECF No. 3) |

On November 3, 2022, Defendant Performance Transportation, LLC., removed this action filed by Jeremiah Claiborne ("Plaintiff") in Kern County Superior Court. (ECF No. 1). On November 4, 2022, the Court issued new case documents setting an initial scheduling conference for January 26, 2023 and ordered the parties to return the "Consent/Decline of U.S. Magistrate Judge Jurisdiction" form within 14 days of removal from state court. (ECF No. 2-1 at ¶ 2). To date, the parties have not filed consent/decline forms.

On December 29, 2022, the parties filed a stipulation requesting the Court continue the scheduling conference to March 27, 2023, as the parties are "engaged in discussions pertaining to early resolution" of this action. (ECF No. 3).

///

Accordingly, based on the parties' representations, and for good cause shown, it is HEREBY ORDERED:

1. The scheduling conference set for 9:00 a.m. on January 26, 2023, is continued to 9:30 a.m. on March 27, 2023, before U.S. Magistrate Judge Christopher D. Baker. The parties are reminded of their obligation to meet and confer and file and email a joint scheduling report at least one week prior to the conference, as detailed in the Order Setting Mandatory Scheduling Conference (ECF No. 2);

2. The parties shall file consent/decline of U.S. Magistrate Judge jurisdiction forms within seven (7) days of this order; and

3. Failure by the parties to comply with this order may result in the imposition of sanctions.

IT IS SO ORDERED.

Dated:   **December 29, 2022**              _____
                                            UNITED STATES MAGISTRATE JUDGE